THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VERNIE L. JOHNSON, Appellant.

Argued May 25, 1945; decided July 19, 1945.

*Francis J. Neddo, Walter A. Fullerton* and *William W. Bullis* for appellant.

*Nathaniel L. Goldstein, Attorney-General (William D. Bresinhan* and *Orrin G. Judd* of counsel), for respondents.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.